UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOAO PIRES,<br>    Plaintiff<br><br>v.<br><br>LUSTIG, GLASER & WILSON, P.C.,<br><br>and<br><br>DOES 1-10, inclusive,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JURY DEMANDED<br>Civil Action No. 1:13cv10584 |

**NOTICE OF VOLUNTARY DISMISSAL (Fed.R.Civ.P. 41(a)(1)A)(I)**

Plaintiff Joao Pires hereby voluntarily dismisses the above-captioned civil action as to Lustig, Glaser & Wilson, P.C., and as to DOES 1-10, inclusive, pursuant to Fed.R.Civ.P. 41(a)1)(A)(I). Plaintiff's voluntary dismissal as to all defendants shall be with prejudice. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment; accordingly, this action may be dismissed without an Order of the Court.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>JOAO PIRES,<br>By His Attorney, |
| Dated: March 15, 2013 | */s/ Barbara L. Horan*<br>Barbara L. Horan, Esq. BBO#652151<br>LAW OFFICE OF BARBARA L. HORAN<br>800 Hingham Street<br>Rockland MA 02370<br>855 488 4400 (t)<br>855 797 4040 (f)<br>blh@BLHLaw.net (e) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013 I filed the above document using the Court's Case Management/Electronic Case Filing System and have served the above document upon all counsel of record pursuant to the Administrative Procedures Governing the Filing and Service by Electronic Means.

                                                                */s/ Barbara L. Horan*
                                                                Barbara L. Horan